**Fernando ORTIZ–ROMERO,
Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 09–71034.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 20, 2011.*

Filed April 22, 2011.

Murray David Hilts, Law Offices of Murray D. Hilts, San Diego, CA, for Petitioner.

Rebecca Ariel Hoffberg, Esquire, Trial, Carol Federighi, Esquire, Senior Litigation Counsel, Yamileth G. Handuber, Trial, OIL, William Charles Peachey, Senior Litigation Counsel, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM **

Fernando Ortiz–Romero, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

The BIA denied Ortiz–Romero's motion to reopen without the benefit of our decision in *Reyes–Torres v. Holder,* 645 F.3d 1073, 2011 WL 1312570 (9th Cir.2011) (mandate pending), in which we concluded that 8 C.F.R. § 1003.2(d) did not apply to preclude a motion to reopen filed after the petitioner had been removed. *See Reyes–Torres,* 645 F.3d at 1075–78, 2011 WL 1312570, at *2–*3 (citing *Coyt v. Holder,* 593 F.3d 902 (9th Cir.2010)). We remand to the BIA in light of this intervening case law.

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.